**COHN, BRACAGLIA & GROPPER**
**A Professional Corporation**
**Counsellors at Law**
**275 East Main Street**
**P.O. Box 1094**
**Somerville, New Jersey 08876**
**(908) 526-1131**
**John F. Bracaglia, Jr., Esq.**
**Attorney for Debtor**
**JB - 1479**

|  |  |
|---|---|
| _____ | UNITED STATES BANKRUPTCY COURT |
| In re:                                    : | DISTRICT OF NEW JERSEY |
|                                                    | Chapter 11 |
| TRANSVANTAGE SOLUTIONS, INC.   : |  |
|                                                    | Case No.  13-19753  RTL |
| Debtor.                        : |  |
| _____ |  |

**NOTICE OF MOTION**
**FOR APPOINTMENT OF CHAPTER 11 TRUSTEE**
**(Return Date: _____ 2013 at _____ a.m.)**

TO:    Office of the US Trustee
One Newark Center, Suite 2100
1085 Raymond Blvd.
Newark, NJ  07102

All creditors and other parties in interest

PLEASE TAKE NOTICE that the undersigned, attorney for debtor, shall move before the Honorable Raymond T. Lyons, Judge of the U.S. Bankruptcy Court, 402 East State Street, Courtroom 8,  Trenton, New Jersey on _____, 2013 at _____ a.m., or as soon thereafter as counsel may be heard, for an Order for the appointment of a Chapter 11 trustee in this matter pursuant to Bankruptcy Code §1104(a)(2).

In support whereof, the undersigned shall rely upon the annexed certification.  No brief has been submitted since no unique question of law exists.

PLEASE TAKE FURTHER NOTICE that the undersigned waives oral argument and consents to a disposition of this matter on the papers, unless timely opposition is filed.

COHN, BRACAGLIA & GROPPER
Attorneys for Debtor

DATED:  May 2, 2013            By:/s/ John F. Bracaglia, Jr.
                                                John F. Bracaglia, Jr.

bmot.15352.Transvantage.mot.appoint.5.2.13